FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDAN YONG RICHARDS,<br><br>  Plaintiff(s),<br><br> v.<br><br>TRADITIONAL SPORTING GOODS, INC.; ARDESA S.A.,<br><br>  Defendants. | No. 1:23-CV-03145-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT ARDESA S.A.<br><br>**ECF No. 17** |

Before the Court is Plaintiff Brendan Yong Richards' and Defendant Traditional Sporting Goods, Inc.'s Stipulated Motion to Dismiss, ECF No. 17.  The parties stipulate to the dismissal of all claims in this matter against Defendant Ardesa S.A., without prejudice and without an award of costs to any party.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The instant Stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 17**, is

ORDER - 1

1  **GRANTED.**

2       2.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter against Defendant Ardesa S.A. are **DISMISSED without prejudice** and without an award of fees or costs.

      **IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel for the parties who have appeared, and **TERMINATE Defendant Ardesa S.A. from this action.**

      DATED April 11, 2024.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2